# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2554
LT Case No. 27-2020-DR-2233

_____

JANICE CAMPBELL,

    Appellant,

    v.

JOHN CAMPBELL,

    Appellee.

_____

On appeal from the County Court for Hernando County.
Thomas R. Eineman, Judge.

Allison M. Perry, of Florida Appeals, P.A., Tampa, for Appellant.

Mark F. Baseman, of Felix & Baseman, Tampa, for Appellee.

July 16, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____